# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138908 (97)

NICOLE SHAY, Personal Representative of
the ESTATE OF THOMAS JOHN SHAY,
Deceased,
      Plaintiff-Appellant,

v

                                     SC: 138908
                                     COA: 282550

JOHN ALDRICH, WILLIAM PLEMONS, and
J. MILLER,
                                     Wayne CC: 06-608275-NZ
      Defendants-Appellees,
and

OFFICER ALLBRIGHT and OFFICER
LOCKLEAR,
      Defendants.
_____/

      On order of the Court, the motion for substitution of parties is considered, and it is
GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2010

d0714

                                   Clerk